UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN HURLEY, SONJA RODGERS, JEFFREY FORMAN, and LOLITA PERREIRA, | NO. CV-05-0017-EFS |
| Plaintiffs, | **ORDER DISMISSING ACTION PURSUANT TO THE PARTIES' STIPULATION OF DISMISSAL** |
| v. | |
| U.S. HEALTHWORKS OF WASHINGTON, INC., a Washington corporation; and U.S. HEALTHWORKS HOLDING COMPANY, INC., a Delaware corporation, | |
| Defendant. | |

Before the Court, without oral argument, is the parties' Stipulation and Order of Dismissal ("Stipulation of Dismissal) (Ct. Rec. 153). In their Stipulation of Dismissal, the parties stipulate to a dismissal of the remaining-named Plaintiffs' claims against the remaining-named Defendants. *Id.* The above-described dismissal is with prejudice and without the award of fees or costs to any party. *Id.* Based on the parties' Stipulation of Dismissal and pursuant to Federal Rule of Civil Procedure 41(a), this action is hereby dismissed with prejudice.

Accordingly, **IT IS HEREBY ORDERED:**

ORDER * 1

1.   Pursuant to the parties' Stipulation of Dismissal **(Ct. Rec. 153),** this action is **DISMISSED WITH PREJUDICE.**

2.   All pending motions are **DENIED AS MOOT.**

**IT IS SO ORDERED.**   The District Court Executive is directed to enter this Order and provide a copy of the Order to counsel and **CLOSE THIS FILE.**

**DATED** this ___4th___ day of August 2006.


___S/ Edward F. Shea___
EDWARD F. SHEA
United States District Judge

Q:\Civil\2005\0017.dismissal.wpd

ORDER * 2